AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Olejuan Lamar Steele | ) Case No. |
|  | ) |
|  | ) **8:23MJ1464AAS** |
|  | ) |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **unknown date to April 2023**  in the county of  **Pasco**  in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:

See Affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Chandler Dobson, SA, HSI
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: April 21, 2023

_____
Judge's signature

City and state: Tampa, FL

AMANDA A. SANSONE, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Chandler Dobson, a Special Agent (SA) with Homeland Security Investigations, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I started at HSI on April 11, 2022. I am currently assigned to HSI, Special Agent in Charge, Tampa, Florida. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of 18 U.S.C. §§ 2251, 2252, and 2252A, which criminalize the production, possession, receipt, and transmission of child pornography. Prior to joining HSI, I was an Officer with the United States Secret Service Uniformed Division for almost four years. Through my time with the Secret Service, I gained experience in effecting arrests, handling evidence, and assisting other Officers with arrests. I am assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Section 2251, which criminalizes the production of child pornography affecting interstate or foreign commerce. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

1

2. This Affidavit is submitted in support of an application for an arrest warrant for Olejuwan STEELE. This affidavit does not set forth every fact resulting from the investigation; rather it sets forth facts sufficient to establish probable cause that STEELE committed violations of 18 U.S.C. § 2251(a) (production of child pornography). I am requesting that the Court issue an arrest warrant for STEELE based upon the following information that I have learned in my official capacity, by firsthand observations, as well as by receiving information from federal, local, and foreign law-enforcement in reference to this investigation.

## PROBABLE CAUSE

*Historical Investigation*

3. On or about January 25, 2019, NCMEC provided a "CyberTip" to the Pasco County Florida Sheriff's Office. The CyberTip indicated that approximately three child pornographic images were uploaded to Google. The files were uploaded by the email address olejuwan@gmail.com[1]. When the user registered the email address, he supplied the name "olejuwan STEELE," the phone number +1352xxx4262 and the secondary email address omajesteele@yahoo.com.

---

[1] Subscriber information was requested and is still pending as of April 20, 2023.

2

4. Law Enforcement interviewed STEELE at 14610 Osceola St., Dade City, Florida on or about October 15, 2019, in reference to the CyberTip. STEELE denied any involvement and was not arrested.

5. NCMEC also generated two additional CyberTips related to STEELE. They are described as follows:

- CyberTip 33983015, on or about June 4, 2018, was submitted by Facebook, Inc. based on the upload of one child pornographic video by the Facebook name "Olejuwan Steele" who also provided the phone number +1352xxx4262, Date of birth 06/08/1994 and utilizing the username olejuwan.steele.9 and Facebook User ID 100011601877653. The CyberTip also identified the email address ciarrasteele09@yahoo.com as an email address associated with the suspect. This email address matches the name of STEELE's sister, C.D.S.

- CyberTip 993695, on or about December 25, 2010, was submitted by MySpace Inc. in regard to the online enticement of a minor for sex. The chats contained within the CyberTip indicated the user "-!-That Damn Olejuwan-!-" may have been attempting to entice a minor for sex. The CyberTip listed the name on the MySpace account as "Olejuwan Steele", with an address of "Dade City, FL 33523 United States."

6. In or around June 2019, HSI Tampa Special Agents along with other law enforcement officers, executed an unrelated federal search warrant at the residence of M.T. for federal violations relating to the distribution of child pornography.

7. During the execution of the federal search warrant, law enforcement officers located and seized electronic devices belonging to M.T.

3

8. In or around December 2019, law enforcement submitted thousands of child pornographic images and videos found on M.T.'s devices to the National Center for Missing and Exploited Children (NCMEC) for the identification of victims.

9. NCMEC subsequently identified a previously unknown child pornographic video and named it "SailboatSleeve." I have reviewed the video and it is described as follows:

- The video is approximately eight seconds long. An adult black male is seen reclining on a couch using his right arm to record on his cell phone a black male child (V1) who is laying on the adult male's chest pulling down the underwear of the adult male exposing the adult male's erect penis. The adult male repositions himself during the video so that he can watch himself in the cell phone video. V's face is within inches of the erect penis and testicles of the adult male. V1 is approximately four years old. Visible in the video on the adult male's right forearm is a tattoo consisting of letters. I can clearly see the letter "M."

10. NCMEC subsequently provided the Federal Bureau of Investigation (FBI) a screen capture, from the above-described video, of the adult male's face, in order to identify the perpetrator using the FBI's facial recognition technology.

11. On or about February 20, 2020, the FBI located a possible match, Olejuwan STEELE, (DOB 06/XX/1994) 14610 Osceola Street, Dade City, Florida. The match was based on a 2019 Pasco County jail booking photo for unrelated charges. The FBI provided this information to NCMEC.

4

12. Using open-source databases, NCMEC located C.D.S., a possible female relative of STEELE, on Facebook. C.D.S.'s Facebook page contained approximately two images of a minor male child who appeared to be V1 in the above-described video. One of those images was captioned "#Brother Olejuwan Steele." A third image on C.D.S's Facebook page depicts C.D.S. and STEELE together. Based on my investigation, I believe C.D.S. is STEELE's sister and V1 is STEELE's nephew.

13. I reviewed the booking photo of STEELE including a picture of his right arm tattoo that says "GEMINI" and runs the length of his forearm. I believe the tattoo appearing on the adult male's right forearm in the child pornographic video described above is the tattoo photographed on the STEELE's forearm when he was booked into the Pasco County jail. Based on my investigation, I believe that the adult male in the child pornographic video is STEELE.

14. On or about February 27, 2020, law enforcement officers executed a residential search warrant at 14610 Osceola St., Dade City pursuant to a Federal search warrant. During the execution of the warrant, STEELE was encountered and interviewed by law enforcement. During a post-*Miranda* interview, STEELE confirmed his identity in the video, but claimed it was a fake and did not admit to creating the video. No additional electronic or physical evidence was seized during the execution of the search warrant. STEELE was arrested on charges by the Pasco

County Sheriff's office, but the case was not prosecuted. V1 in the 2020 video was positively identified by the initials J.W., date of birth 08/XX/2012, making him three or four at the time of the video.

*Current Investigation*

15. On or about April 17, 2023, HSI Tampa received an image analysis report from the NCMEC. The report included brand new images and videos of child sexual abuse material (CSAM) that were recently provided to NCMEC by Australian Federal Police. Through investigative techniques, it is believed the adult male subject in the new images and videos is the STEELE.

16. NCMEC provided three videos that appear to be sequential in order and total two minutes and forty-nine seconds in length. During the video, an adult male performs oral sex on a prepubescent female between the ages of two and four years old (V2). The adult male also places his penis on the vagina and anus of V2. STEELE was using a video calling application on a smart phone device to contact another unknown male. The video calling application's main display showed STEELE and V2, while a smaller display window showed an unknown adult male naked from the waist down masturbating.

17. Other law enforcement officers also located the videos received from NCMEC on the darkweb forum called "Amorzinho." Amorzinho is defined by the

Cambridge English-Portuguese dictionary as "used for talking to a person that you love, especially a child or person you have a romantic relationship with."

18. Based on prior contact, law enforcement identified the adult male in the 2023 child pornography videos as STEELE. Additionally, tattoos on the male subject matched photos from prior booking photos of STEELE's tattoos.

19. On or about April 18, 2023, law enforcement officers were able to locate and positively identify V2 from the April 2023 video. V2 is further identified as A.J., date of birth 04/XX/2020.

20. On or about April 20, 2023, law enforcement located the residence where the video of STEELE and V2 was produced. The video was produced at 14526 10th Street, Dade City, Florida, within the Middle District of Florida. The video and physical location were compared using the distinctive rectangular trim on the ceiling of the residence.

21. Law enforcement determined through utility service records and interviews with witnesses that STEELE resides 20547 Evergreen Court, Dade City, Florida.

## CONCLUSION

22. Based on the foregoing, probable cause exists to charge STEELE with production of child pornography, in violation of 18 U.S.C. § 2251(a).

Chandler Dobson, Special Agent
Homeland Security Investigations

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.21 and 41(d)(3) [4(d)] before me this 21 day of April, 2023.

HONORABLE AMANDA A. SANSONE
United States Magistrate Judge

8